1  McGREGOR W. SCOTT
   United States Attorney
2  KIRK E. SHERRIFF
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,       )  CASE NO:  1:08-cr-00078 LJO
11                                 )
             Plaintiff,            )  STIPULATION TO CONTINUE
12                                 )  SENTENCING HEARING DATE; ORDER
                                   )
13                                 )  Old Date: July 25, 2008
        v.                         )  Old Time: 9:00 a.m.
14                                 )
                                   )  **New Date: August 1, 2008**
15                                 )  **New Time: 9:00 a.m.**
   MARIA PEREZ,                    )  **Court:    4**
16                                 )    **(Hon. Lawrence J. O'Neill)**
             Defendant.            )
17  _____)

18

19      Plaintiff United States of America and defendant Maria Perez, by

20  and through their respective undersigned attorneys, hereby stipulate

21  and respectfully request that the Court order that the sentencing

22  hearing in the above-captioned case, currently set for July 25, 2008,

23  be continued to **August 1, 2008, at 9:00 a.m.,** and that the deadline

24  for filing sentencing memoranda and formal objections also be

25  extended by one week to July 25, 2008.

26      The grounds for the continuance is that undersigned government

27  counsel is not available on July 25, 2008, and also that the parties

28  require additional time to discuss possible agreements regarding

_____
              STIPULATION TO CONTINUE SENTENCING HEARING DATE; ORDER

sentencing recommendations.  The requested continuance will conserve time and resources for the Court and the parties.

Dated:  July 16, 2008

                                            Respectfully submitted,

                                            McGREGOR W. SCOTT
United States Attorney

By:  /s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney

Attorney for Plaintiff
United States of America

DANIEL J. BRODERICK
Federal Defender

/s/ Melody M. Walcott
MELODY M. WALCOTT
Assistant Federal Defender

Attorney for Defendant
Maria Perez

## ORDER

GOOD CAUSE EXISTS FOR THE REQUESTED CONTINUANCE, PURSUANT TO THE STIPULATION SUBMITTED.

IT IS SO ORDERED.

**Dated:   July 17, 2008**            /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE