Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **MARIA PEREZ** |
| **Docket Number:** | 1:08CR00078-01 LJO |
| **Offender Address:** | Kingsburg, California |
| **Judicial Officer:** | Honorable Lawrence J. O'Neill<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 08/01/2008 |
| **Original Offense:** | 18 USC 641, Theft of Government Property<br>(CLASS C FELONY) |
| **Original Sentence:** | 4 years probation; $100 special assessment; $31,649.40 restitution; mandatory drug testing. |
| **Special Conditions:** | 1) Search; 2) No dissipation of assets; 3) Financial disclosure; 4) Financial restrictions; 5) Drug/alcohol testing; 6) No alcohol; 7) Mental health treatment; 8) 120 days home detention; 9) Aftercare co-payment; 10) Job training/rehabilitation; 11) 200 hours of unpaid community service |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 08/01/2008 |
| **Assistant U.S. Attorney:** | Kirk E. Sherriff     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Melody M. Walcott     **Telephone:** (559) 487-5561 |
| **Other Court Action:** | None. |

RE:     PEREZ, Maria
        Docket Number:   1:08CR00078-01 LJO
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of probation as follows:** In lieu of completing 200 hours of community service, the offender shall comply with the conditions of home detention for a period of 50 days to commence when directed by the probation officer. During this time, the defendant will remain at place of residence except for employment and other activities approved in advance by the defendant's probation officer. The defendant will maintain telephone service at his place of residence without an answering device, call forwarding, a modem, caller ID, call waiting, or a cordless telephone for the above period.

**United States Probation Officer Plan/Justification:** On August 1, 2008, the offender commenced a 4-year term of probation. As part of her conditions, she was ordered to complete 200 hours of community service. During her time on probation, it was found the offender suffered back problems and as a result, has not been able to do anything for an extended period of time. This, coupled with the loss of her two children (her daughter to cancer and her son to homicide), has contributed to a loss of motivation. The offender has been participating in mental health treatment. Her counselor agrees she is very depressed and it is difficult for her focus on tasks. Kirk Sherriff, Assistant Unites States Attorney, agrees with the recommendation. Therefore, it is recommended the offender participate in home detention in lieu of community service. This sanction should satisfy the Court's effort to hold the offender accountable. Meanwhile, the offender will continue to participate in mental health treatment and will be receiving regular visits from this officer.

RE:     PEREZ, Maria
        **Docket Number:   1:08CR00078-01 LJO**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


Respectfully submitted,

/s/ Adrian Garcia

**ADRIAN GARCIA**
United States Probation Officer
Telephone:  (559) 499-5715


DATED:     February 4, 2011
              Fresno, California
              AG/rmv


**REVIEWED BY:**    /s/ Hubert J. Alvarez
                     **HUBERT J. ALVAREZ**
                     **Supervising United States Probation Officer**

**RE:     PEREZ, Maria**
**Docket Number:   1:08CR00078-01 LJO**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X)    Modification approved as recommended.


cc:     United States Probation
        Kirk E. Sherriff, Assistant United States Attorney
        Melody M. Walcott, Assistant Federal Defender
        Defendant
        Court File
IT IS SO ORDERED.

**Dated:   February 21, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE